**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Angelica Bustos and Samuel Taylor, Defendants,

Of whom Samuel Taylor is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000167

―――――――――

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

―――――――――

Unpublished Opinion No. 2022-UP-289
Submitted June 21, 2022 – Filed June 29, 2022

―――――――――

**AFFIRMED**

―――――――――

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail,
Jr., of Greenville, for Appellant.

Amanda Stiles, of South Carolina Department of Social
Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Samuel Taylor appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Taylor's counsel.

**AFFIRMED.**[1]

**GEATHERS and HILL, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.